IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LORI PANDIT,<br>　　　　*Plaintiff,*<br><br>　　v.<br><br>TEMPLE UNIVERSITY,<br>　　　　*Defendant.* | Civil No. 24-1475 |

## ORDER

**AND NOW**, this 4th day of February 2025, upon consideration of Defendant's Partial Motion to Dismiss (ECF No. 9), Plaintiff's Response in Opposition (ECF No. 12), Defendant's Reply (ECF No. 13), and Plaintiff's Sur-Reply (ECF No. 16), it is hereby **ORDERED** that Defendant's motion is **GRANTED** for the reasons stated in the accompanying memorandum. Plaintiff's promissory estoppel claim (Count II) is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's request for leave to amend the Complaint is **GRANTED**. Plaintiff may file an amended complaint no later than February 25, 2025.

BY THE COURT:

_____
MARY KAY COSTELLO, J.