**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LORI PANDIT,**<br>***Plaintiff,***<br>**v.**<br>**TEMPLE UNIVERSITY,**<br>***Defendant.*** | **Civil No. 24-1475** |

**ORDER**

**AND NOW**, this 14th day of August 2026, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 30), all corresponding briefing, and oral argument thereon, it is hereby **ORDERED** that Defendant's motion is **GRANTED** for the reasons stated in the accompanying memorandum. The Clerk of Court is hereby **ORDERED** to close this case.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge